UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINO B. LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART INC., and DOES ONE through TWENTY, inclusive,<br><br>    Defendants. | No. C 19-07310 WHA<br><br>**ORDER TO SHOW CAUSE** |

This case came on calendar for hearing for case management, duly noticed at **11:00 A.M. ON FEBRUARY 6** in Courtroom No. 12. Plaintiff Paulino Lopez did not appear. The matter was put to the end of the calendar to give him more time to appear. He still did not appear. Therefore, the case management conference was not heard. Plaintiff Lopez is hereby **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of prosecution. The order to show cause hearing is hereby **SET** for **MARCH 5, 2020, AT 11:00 A.M.** Failure to appear will likely result in dismissal of the action with prejudice.

**IT IS SO ORDERED.**

Dated: February 6, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE